United States Bankruptcy Court
Middle District of Florida

In re:                                                                  Case No. 19-03950-JAF
Regina L Lee                                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-3        User: admin              Page 1 of 2           Date Rcvd: Feb 21, 2020
                            Form ID: aPOCjck        Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2020.
```
db              +Regina L Lee,    12549 Sampson Rd,   Jacksonville, FL 32218-2354
28566585        +Bloom/dsnb,    Po Box 8218,   Mason, OH 45040-8218
28566586        +Cbna/ best buy,    Po box 6497,   Sioux Falls, SD 57117-6497
28566591       #+Lending USA,    Po Box 503430,   San Diego, CA 92150-3430
28566593        +Mg Credit for,    City Police Fed,   5115 San Juan Ave,   Jacksonville, FL 32210-3137
28566594        +Midland Funding for,    Synchrony Bank,   350 Camino De La Reina S,   San Diego, CA 92108-3007
28566595        +Midland Mortgage,    Po Box 268959,   Oklahoma City, OK 73126-8959
28566606        +Tdrcs/robbins,    1000 Macarthur Blvd,   Mahwah, NJ 07430-2035
28566608        +UF Health,    15255 Max Leggett Pkwy,   Jacksonville, FL 32218-7282
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
28635027        +EDI: ATLASACQU.COM Feb 22 2020 04:48:00     Atlas Acquisitions LLC,   294 Union St.,
                  Hackensack, NJ 07601-4303
28566587        +EDI: WFNNB.COM Feb 22 2020 04:48:00     Comenity Bank/lnbryant,   Po Box 182789,
                  Columbus, OH 43218-2789
28566588        +EDI: CRFRSTNA.COM Feb 22 2020 04:48:00     Credit First N A,   Po Box 81315,
                  Cleveland, OH 44181-0315
28566583        +E-mail/Text: taxdept@coj.net Feb 22 2020 00:07:32     Duval County Tax Collector,
                  231 Forsyth St. #130,   Jacksonville FL 32202-3380
28566584         EDI: FLDEPREV.COM Feb 22 2020 04:48:00     Florida Dept. of Revenue,   Bankruptcy Unit,
                  P.O. Box 6668,   Tallahassee, FL 32314-6668
28566589        +EDI: CHASE.COM Feb 22 2020 04:48:00     Jpmcb Card,   Po Box 15369,   Wilmington, DE 19850-5369
28566592        +EDI: TSYS2.COM Feb 22 2020 04:48:00     Macys/dsnb,   Po Box 8218,   Mason, OH 45040-8218
28566596        +E-mail/Text: bnc@nordstrom.com Feb 22 2020 00:06:34     Nordstrom/td Bank usa,
                  13531 E Caley Ave,   Englewood, CO 80111-6504
28566597        +EDI: PRA.COM Feb 22 2020 04:48:00     Portfolio Recovery Ass for,   Synchrony,
                  120 Corporate Blvd Ste 100,   Norfolk, VA 23502-4952
28566598        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 22 2020 00:08:49     Resurgent Capital,
                  for Kays,   Po Box 10368,   Greenville, SC 29603-0368
28566600        +EDI: DRIV.COM Feb 22 2020 04:48:00     Santander Consumer USA,   Po Box 961245,
                  Fort Worth, TX 76161-0244
28566602        +EDI: RMSC.COM Feb 22 2020 04:48:00     Syncb/hsn,   Po Box 965017,   Orlando, FL 32896-5017
28566604        +EDI: RMSC.COM Feb 22 2020 04:48:00     Syncb/sams club,   Po Box 965005,
                  Orlando, FL 32896-5005
28566605        +EDI: WTRRNBANK.COM Feb 22 2020 04:48:00     Td bank Usa/targetcred,   Po box 673,
                  Minneapolis, MN 55440-0673
28566607        +EDI: CITICORP.COM Feb 22 2020 04:48:00     Thd/cbna,   Po Box 6497,
                  Sioux Falls, SD 57117-6497
28566609        +EDI: VERIZONCOMB.COM Feb 22 2020 04:48:00     Verizon Wireless,   Po Box 650051,
                  Dallas, TX 75265-0051
28566610        +EDI: WFFC.COM Feb 22 2020 04:48:00     Wfdillards,   Po Box 14517,   Des Moines, IA 50306-3517
28566590        +EDI: PHINGENESIS Feb 22 2020 04:48:00    kay jewelers/gfs,   po box 4485,
                  Beaverton, OR 97076-4485
28566601        +EDI: RMSC.COM Feb 22 2020 04:48:00    syncb/evine,   Po Box 965005,   Orlando, FL 32896-5005
28566603        +EDI: RMSC.COM Feb 22 2020 04:48:00    syncb/jcp,   Po Box 965007,   Orlando, FL 32896-5007
                                                                                              TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28566599         Robert Lee
                                                                                 TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                              Signature:  /s/Joseph Speetjens

District/off: 113A-3                User: admin                    Page 2 of 2                Date Rcvd: Feb 21, 2020
                                    Form ID: aPOCjck               Total Noticed: 29

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2020 at the address(es) listed below:

              Alexander G. Smith     alex@agsmithtrustee.com,  FL52@ecfcbis.com
              Atlas Acquisitions LLC    bk@atlasacq.com
              Douglas C Higginbotham    on behalf of Debtor Regina L Lee higginlaw@yahoo.com,
               atty7331@yahoo.com;higginbothamtr86405@notify.bestcase.com
              United States Trustee - JAX 13/7    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 4

**[Dnftpoc]** [Asset Notice]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                 Case No. 3:19−bk−03950−JAF
                                                                                   Chapter 7

Regina L Lee

        _____Debtor(s)_____/

NOTICE OF DEADLINE TO FILE PROOF OF CLAIM

NOTICE IS HEREBY GIVEN TO CREDITORS, AND OTHER PARTIES IN INTEREST:

    Pursuant to Fed. R. Bankr. P. 3002(c)(5), creditors are hereby notified that a dividend now appears possible in this case. Therefore, the "Deadline to File a Proof of Claim" in this case is May 26, 2020 .

    A proof of claim is a signed statement describing a creditor's claim. If you do not file a proof of claim by the "Deadline to File a Proof of Claim" provided herein, you might not be paid any money on your claim against the Debtor in the bankruptcy case. To be paid, you must file a proof of claim, even if your claim is listed in the schedules filed by the Debtor. Any creditor who has filed a proof of claim in this case previously need not file another proof of claim.

    A Proof of Claim form ("Official Form B 410") may be filed on−line at the Court's website − ***www.flmb.uscourts.gov,*** or obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A claim may be filed with, or mailed to, the Clerk of the Bankruptcy Court.

    Copies of supporting documents, such as statements of account, invoices, ledger cards, etc. should be attached to the proof of claim whether filing via the internet, in person or by mail.

    Dated February 20, 2020 .

                                                      Sheryl L. Loesch , Clerk of Court
                                                      300 North Hogan Street Suite 3−150
                                                      Jacksonville, FL 32202

    *All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

Copies furnished to:
All Interested Parties